IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 DEC 27  AM 10: 17

CLERK _____
SO. DIST. OF GA.

HOPE D. DARRISAW, )
)
Plaintiff, )
)
v. )   CV 316-082
)
PENNSYLVANIA HIGHER )
EDUCATION ASSISTANCE AGENCY )
(PHEAA), a Pennsylvania Corporation, )
also d/b/a AES and FEDLOAN, and )
JAMES L. PRESTON, in his capacity as )
President and officer of the Corporation, )
)
Defendants. )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 13.)

Upon reviewing the original complaint and identifying pleading deficiencies, the Magistrate

Judge ordered Plaintiff to "amend her complaint to include all of her allegations in one

document." (Doc. no. 4, p. 3.) The Magistrate Judge also specifically explained to Plaintiff

her amended complaint would "supersede and replace in its entirety" the previous complaint.

(Id.) The amended complaint describes the basis for Plaintiff's federal claims and contains a

prayer for relief. Accordingly, the Court **DENIES** Plaintiff's request within her objections to

"consolidate" the original and amended complaints. (Doc. no. 13, pp. 2-3.)

Plaintiff does not object to the dismissal of the three Defendants against whom the Magistrate Judge determined there were no valid claims. Nor does she object to the dismissal of her claims under the Federal Trade Commission Act (FTCA), as there is no private right of action for any such claims. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Todd E. Mosko, James L. Preston, and Pennsylvania Higher Education Assistance Agency (PHEAA)/FEDLOAN Servicing, the first PHEAA defendant on the docket. The Court also **DISMISSES** all claims under the FTCA. The case shall proceed on the basis of the remaining claims raised in amended complaint. If Plaintiff wants to further amend her claims, she may do so in accordance with the Federal Rules of Civil Procedure.

SO ORDERED this 27th day of December, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE